

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>PAUL ENGELBERTO CASTRO,<br><br>          Defendant. | Case No. 16CR0076-GPC<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C. Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

On or about December 15, 2015, within the Southern District of California, defendant PAUL ENGELBERTO CASTRO did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/14/16.

LAURA E. DUFFY
United States Attorney

CONNIE V. WU
Assistant United States Attorney

CVW:kst:San Diego
12/22/15