AO 455(Rev. 5/85) Waiver of Indictment


FILED
JAN 1 4 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL ENGELBERTO Essau CASTRO-Fuentes,

    Defendant.

Case No. 16cr0076-GPC

**WAIVER OF INDICTMENT**

I, PAUL ENGELBERTO CASTRO, the above-named defendant, who is accused of committing the following offense:

    Importation of Methamphetamine (Felony), in violation of Title 21, United States Code, Sections 952 and 960;

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/14/16 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER