FILED

MAR 1 4 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY acc DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ENGELBERTO ESSAU CASTRO-FUENTES,<br><br>Defendant. | Case No.: 16-CR-0076-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to PAUL ENGELBERTO ESSAU CASTRO-FUENTES.

IT IS SO ORDERED.

DATED: March 14, 2016

HONORABLE GONZALO P. CURIEL
United States District Judge